```
              IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                          DIVISION OF ST. CROIX


TONY SPILLER                    :        CIVIL ACTION
                                :
              v.                :
                                :
PASQUALE R. LUCCI               :        NO. 06-83


                              ORDER


          AND NOW, this 16th day of September,2010, it is hereby

ORDERED that the motion of plaintiff Tony Spiller for

reconsideration of/or Relief from Judgment is DENIED.  There is

no evidence to support the claim of plaintiff for quantum meruit.

All work that plaintiff did perform was for Richard Lucci and

Food Services Inc., and not for the defendant Pasquale R. Lucci.



                              BY THE COURT:



                               /s/ Harvey Bartle III
                              HARVEY BARTLE III           C.J.
                              SITTING BY DESIGNATION
```